ORIGIN,

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| IRMA GEGGIE, individually and as Estate Trustee for the Estate of Kenneth Wells,<br><br>   Plaintiff,<br><br>vs.<br><br>JOHN HUTTON WEISER, JR.,<br><br>   Defendants. | CIVIL NO. 04-00513 SPK-KSC<br><br>ORDER OF DISMISSAL |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 2 1 2005

at 2 o'clock and 55 min. P M
SUE BEITIA, CLERK

### ORDER OF DISMISSAL

The court having been advised by counsel for the parties that the above-entitled proceeding has been settled, and

GOOD CAUSE APPEARING FOR DISMISSAL,

IT IS ORDERED that this action is hereby dismissed with prejudice, each party to bear its own costs and attorneys' fees. The court retains jurisdiction to reopen the proceeding, upon good cause shown, if the settlement conditions have not been satisfied timely.

IT IS SO ORDERED.

Dated: Honolulu, Hawaii, 21 November 2005.

_____
SAMUEL P. KING
SENIOR UNITED STATES DISTRICT JUDGE

CIVIL NO. 04-00513 SPK-KSC; IRMA GEGGIE, individually and as Estate Trustee for Estate of Kenneth Wells vs. JOHN HUTTON WEISER, JR.; ORDER OF DISMISSAL