AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| IRMA GEGGIE, individually and as Estate Trustee for the Estate of Kenneth Wells,<br><br>    Plaintiff,<br><br>V.<br><br>JOHN HUTTON WEISTER, JR.,<br><br>    Defendant. | JUDGMENT IN A CIVIL CASE<br><br>Case: CIVIL 04-00513SPK-KSC<br><br>FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII<br><br>November 25, 2005<br><br>At 4 o'clock and 00 min p.m.<br>SUE BEITIA, CLERK |

[ ]   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[✓]   **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

The Court having issued its *"Order of Dismissal"* on November 21, 2005, IT IS ORDERED AND ADJUDGED that the Action is Dismissed with Prejudice, as pursuant to the provisions set forth in said *"Order of Dismissal"* filed on November 21, 2005.

cc:     All Counsel of Record

| November 25, 2005 | SUE BEITIA |
|---|---|
| Date | Clerk |
| | *(signature)* |
| | (By) Deputy Clerk |